**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Ronald Edward Gooden, Appellant.

Appellate Case No. 2011-202546

---

Appeal From Georgetown County
Benjamin H. Culbertson, Circuit Court Judge

---

Unpublished Opinion No. 2013-UP-167
Heard April 10, 2013 – Filed April 24, 2013

---

**AFFIRMED**

---

Appellate Defender LaNelle Cantey DuRant, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Attorney General John Benjamin Aplin, both of Columbia, for Respondent.

---

**PER CURIAM:** Ronald Gooden appeals his conviction for assault and battery of a high and aggravated nature, arguing the trial court erred in admitting his prior strong arm robbery conviction for impeachment purposes. We affirm pursuant to Rule 220(b), SCACR, and the following authority: *State v. McEachern*, 399 S.C.

125, 147-48, 731 S.E.2d 604, 615 (Ct. App. 2012) (holding an argument advanced on appeal and not raised and ruled on below is not preserved for appellate review).

**AFFIRMED.**

**FEW, C.J., and GEATHERS and LOCKEMY, JJ., concur.**